/ Benefits / Retirement Plans / Retirement Plan Redesign

# Retirement Plan Redesign



Duke Retirement Plan Redesign

## Key Dates

**Effective January 2019:** Fidelity Investments will become the primary retirement service provider for retirement services, investment options, enrollment, and changes to your contribution amount. VALIC and Vanguard will be eliminated as retirement service providers for the Duke Retirement Plan. The TIAA Traditional Annuity Fund will continue to be available.

Duke will implement a new investment lineup and offer a self-directed brokerage account through Fidelity.

**Information sessions** will be held throughout 2018.  Click here for the schedule.

In the coming year, Duke will redesign the Faculty and Staff Retirement Plan to streamline options and administration as part of its ongoing oversight of its 403(b) retirement plan.

Importantly, these changes will **not** impact Duke's contribution formula or how much participants can contribute under the IRS threshold.

EXHIBIT 3

Case 1:16-cv-01044-CCE-LPA    Document 85-4    Filed 03/09/18    Page 1 of 2

Beginning January 2019, Fidelity will become Duke's primary retirement service provider. Duke participants will access, monitor, and make changes to their 403(b) retirement plan investments through Fidelity. At that time, ==Vanguard and VALIC will no longer be service providers for Duke's retirement plan, and TIAA will only continue to offer its traditional fixed annuity product==.

As part of the transition, there will also be changes in the investment lineup available through Duke's 403(b) retirement plan.

Participants in Duke's Retirement Plan will have ample opportunity during the remainder of 2018 to review options and choose where they want to direct their retirement investments prior to the transition.

For more information, review the answers to common questions on this website. You can also attend one of many information sessions that will take place in February and March.

If you have specific questions not addressed on the website, you can contact a special call center set up for the retirement plan redesign by calling 1-800-823-0172 or by emailing retirement@duke.edu.

**BENEFITS**

Medical, Dental, & Vision Benefits +

Reimbursement Accounts +

Employee Discounts +

Retirement Plans —

- Retirement Plan Redesign —
  - Information Sessions
  - New Investment Lineup
  - Questions & Answers
- Retirement Manager
- About Duke's Plans +

EXHIBIT 3

Case 1:16-cv-01044-CCE-LPA   Document 85-4   Filed 03/09/18   Page 2 of 2