/ Benefits / Retirement Plans / Retirement Plan Redesign / New Investment Lineup

# New Investment Lineup

As part of the plan redesign, there will also be changes in the investment lineup available through Duke's 403(b) retirement plan. The funds listed below will become the new investment lineup at Fidelity. Some of the funds are not currently available and will be added in May 2018. Additional information will be provided later this year. For descriptions of the funds in the new investment lineup, click here.

## Tier 1: Target Date Funds

The Vanguard Retirement Target Date funds continue to be the Plan's Tier 1 funds. These funds are designed for investors expecting to retire around the year indicated in each fund's name. A Target Date Fund is invested in a portfolio of mutual funds that automatically becomes more conservative as the fund approaches its target retirement date and beyond. Principal invested is not guaranteed. These funds are chosen and monitored by Duke's Investment Advisory Committee (IAC).

| Asset Class | Fund | Ticker Symbol | Expense Ratio as of 12/31/2017 |
|---|---|---|---|
| Target-Date Retirement | Vanguard Instl Trgt Retire Inc Instl | VITRX | 0.09% |
| Target-Date 2015 | Vanguard Instl Trgt Retire 2015 Instl | VITVX | 0.09% |
| Target-Date 2020 | Vanguard Instl Trgt Retire 2020 Instl | VITWX | 0.09% |
| Target-Date 2025 | Vanguard Instl Trgt Retire 2025 Instl | VRIVX | 0.09% |
| Target-Date 2030 | Vanguard Instl Trgt Retire 2030 Instl | VTTWX | 0.09% |
| Target-Date 2035 | Vanguard Instl Trgt Retire 2035 Instl | VITFX | 0.09% |

| | | | |
|---|---|---|---|
| Target-Date 2040 | Vanguard Instl Trgt Retire 2040 Instl | VIRSX | 0.09% |
| Target-Date 2045 | Vanguard Instl Trgt Retire 2045 Instl | VITLX | 0.09% |
| Target-Date 2050 | Vanguard Instl Trgt Retire 2050 Instl | VTRLX | 0.09% |
| Target-Date 2055 | Vanguard Instl Trgt Retire 2055 Instl | VIVLX | 0.09% |
| Target-Date 2060 | Vanguard Instl Trgt Retire 2060 Instl | VILVX | 0.09% |
| Target-Date 2065 | Vanguard Instl Trgt Retire 2065 Instl | VSXFX | 0.09% |

## Tier 2: Core Funds

Duke's IAC, with the assistance of an investment advisory firm, carefully selected the core investment options, which include some existing funds as well as new funds, that reflect all major asset classes and includes short-term investments, bonds, and stocks. ==Each fund offered is priced at the lowest share price available for the particular fund==. The new investment lineup allows you to customize and build a portfolio your way. These funds are chosen and monitored by Duke's Investment Advisory Committee (IAC).

| Asset Class | Fund | Ticker Symbol | Expense Ratio as of 12/31/2017 |
|---|---|---|---|
| Money Market | Vanguard Federal Money Market Investor | VMFXX | 0.11% |
| Stable Value | TIAA Traditional Fixed Account | N/A | 0.52% |
| Intermediate-Term Bond | Vanguard Total Bond Market Index I | VBTIX | 0.04% |
| Intermediate-Term Bond | Metropolitan West Total Return Bd Plan | MWTSX | 0.38% |
| Multisector Bond | PIMCO Income Instl | PIMIX | 0.50% |
| Large Value | MFS® Value R6 | MEIKX | 0.51% |
| Large Value | Vanguard Equity-Income Adm | VEIRX | 0.17% |
| Large Blend | Vanguard Institutional Index Instl Pl | VIIIX | 0.02% |
| Large Blend | Vanguard FTSE Social Index Inv | VFTSX | 0.22% |
| Large Growth | Vanguard PRIMECAP Adm | VPMAX | 0.33% |
| Large Growth | Fidelity® Contrafund® K6 | FLCNX | 0.45% |
| Large Growth | T. Rowe Price Growth Stock I | PRUFX | 0.52% |
| Mid-Cap Value | American Century Mid Cap Value R6 | AMDVX | 0.61% |

| | | | |
|---|---|---|---|
| Mid-Cap Value | MFS® Mid Cap Value R6 | MVCKX | 0.75% |
| Mid-Cap Blend | Vanguard Extended Market Index Instl | VIEIX | 0.06% |
| Mid-Cap Blend | Fidelity® Low-Priced Stock K6 | FLKSX | 0.50% |
| Mid-Cap Growth | MassMutual Select Mid Cap Growth I | MEFZX | 0.73% |
| Foreign Large Blend | Vanguard Total Intl Stock Index I | VTSNX | 0.09% |
| Foreign Large Blend | American Funds Europacific Growth R6 | RERGX | 0.50% |
| Foreign Large Growth | Vanguard International Growth Adm | VWILX | 0.33% |
| Foreign Small/Mid Blend | Fidelity® International Small Cap | FISMX | 1.34% |
| Small Value | Goldman Sachs Small Cap Value R6 | GSSUX | 0.95% |
| Small Value | Fidelity® Small Cap Value | FCPVX | 0.99% |
| Small Growth | Janus Henderson Triton N | JGMNX | 0.68% |
| Small Growth | Fidelity® Small Cap Growth K6 | FOCSX | 0.60% |
| Diversified Emerging Mkts | Vanguard Emerging Mkts Stock Idx Instl | VEMIX | 0.11% |
| Real Estate | Vanguard REIT Index Institutional | VGSNX | 0.10% |

## Tier 3: Self-Directed Brokerage Account

Fidelity BrokerageLink®, a self-directed brokerage account, gives you access to additional mutual funds for your retirement savings beyond the target date funds and core funds available in Tiers 1 and 2. BrokerageLink® combines the convenience of your workplace retirement plan with the additional flexibility of a brokerage account. Note, though, that the IAC neither evaluates nor monitors the mutual funds available through BrokerageLink®. It is your responsibility to ensure the investments you select are suitable for your situation, including your goals, time horizon, and risk tolerance. Click here to view the commission schedule for applicable fees and risks.

**BENEFITS**

Medical, Dental, & Vision Benefits +

Reimbursement Accounts +

EXHIBIT 5

Case 1:16-cv-01044-CCE-LPA   Document 85-6   Filed 03/09/18   Page 3 of 3