# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

David Clark, et al

    v.                        Case Number:   1:16CV1044

Duke University, et al

# NOTICE

Take notice that a proceeding in this case has been **set** as indicated below:

| | |
|---|---|
| **PLACE:** | L. Richardson Preyer Bldg., 324 W. Market Street, Greensboro, N.C. |
| **COURTROOM NO.:** | G-3 |
| **DATE AND TIME:** | **July 8, 2019 - 9:30 a.m. (subject to Court's scheduling conflicts)** |
| **PROCEEDING:** | **Bench Trial** |

---

John S. Brubaker, Clerk

By: /s/ Marlene Sanders, Deputy Clerk

Date:   August 3, 2018

TO:   ALL COUNSEL AND/OR PARTIES OF RECORD