IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:16-CV-01044-CCE-LPA

| | |
|---|---|
| DAVID CLARK, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DUKE UNIVERSITY, *et al.*,<br><br>    Defendants. | **DEFENDANTS' MOTION TO STRIKE REBUTTAL REPORTS OF PLAINTIFFS' EXPERTS WENDY DOMINGUEZ AND TY MINNICH AND EXCLUDE THEIR TESTIMONY AT TRIAL** |

    Defendants (collectively, "Duke"), through its undersigned counsel, respectfully requests that the Court grant their Motion to Strike Rebuttal Reports of Plaintiffs' Experts Wendy Dominguez and Ty Minnich and Exclude Their Testimony at Trial. In support of their Motion, Defendants offer the accompanying Memorandum of Law in support of Defendants' Motion to Strike and the Declaration of Christopher Weals.

    WHEREFORE, for the reasons set forth in the accompanying Memorandum, Duke respectfully requests that the Court strike the Rebuttal Expert Reports of Ty Minnich and Wendy Dominguez, prohibit them from testifying at trial, and grant such other relief as the Court deems necessary. Alternatively, Duke requests thirty days to submit reports responding to the opinions offered by Minnich and Dominguez, and such other relief as the Court deems appropriate in this matter.

Dated: October 8, 2018
        */s/ Jeremy P. Blumenfeld*
        Jeremy P. Blumenfeld
        **MORGAN, LEWIS & BOCKIUS LLP**
        1701 Market Street
        Philadelphia, PA 19103-2921
        Telephone: 215.963.5000
        Facsimile: 215.963.5001
        Email: jeremy.blumenfeld@morganlewis.com

Donald L. Havermann
Christopher A. Weals
Abbey M. Glenn
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave NW
Washington, DC 20004-2541
Telephone: 202.739.3000
Facsimile: 202.739.3001
Email: donald.havermann@morganlewis.com
Email: christopher.weals@morganlewis.com
Email: abbey.glenn@morganlewis.com

*Lead Counsel for Defendants*

*/s/ Stacy K. Wood*
Stacy K. Wood (N.C. State Bar No.: 21768)
**PARKER POE ADAMS & BERNSTEIN LLP**
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: 704.335.9844
Facsimile: 704.335.9698
Email: stacywood@parkerpoe.com

*Local Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter, including:

Jerome J. Schlichter
Michael A. Wolff
Troy A. Doles
Heather Lea
Sean E. Soyars
Kurt C. Struckhoff
**SCHLICHTER, BOGARD & DENTON, LLP**
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
mwolff@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com
ssoyars@uselaws.com
kstruckhoff@uselaws.com

*Lead Counsel for Plaintiffs*

David B. Puryear, Jr.
**PURYEAR AND LINGLE, PLLC**
5501-E Adams Farm Lane
Greensboro, NC 27407
(336) 218-0227
puryear@puryearandlingle.com

*Local Counsel for Plaintiffs*

    */s/ Jeremy P. Blumenfeld*
    Jeremy P. Blumenfeld
    **MORGAN, LEWIS & BOCKIUS LLP**
    1701 Market Street
    Philadelphia, PA 19103-2921
    Telephone: 215.963.5000
    Email: jeremy.blumenfeld@morganlewis.com