# EXHIBIT C

Pursuant to Local Rule 5.4, **<u>Exhibit C</u>** to the Declaration of Christopher A. Weals has been filed under seal.