UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
1:16-CV-1044



| | |
|---|---|
| DAVID CLARK, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>DUKE UNIVERSITY, *et al.*,<br><br>  Defendants. | ORDER |

The parties jointly seek to extend briefing deadlines and word limits for summary judgment. Doc. 131. During a status conference this day, the Court advised the parties that this delay will likely result in a concomitant delay in a decision, that existing LR 40.1(c) and Rule 26(a)(3)(A) deadlines will not be extended, and that the parties will likely have to begin trial preparation before summary judgment is resolved. Upon being so advised, the parties agreed that they still wanted this extension of time. For good cause shown, it is hereby **ORDERED** that the motion, Doc. 131, is **GRANTED** and:

1. Plaintiffs' Brief in Opposition to Defendants' Motion for Summary Judgment is due on January 7, 2019;

2. Defendants' Reply to Plaintiffs' Brief in Opposition to Defendants' Motion for Summary Judgment is due on February 4, 2019.

3. The word counts for the parties' principal and responsive summary judgment briefs shall not exceed 9,000 words, and the word count for Defendants' reply brief shall not exceed 4,500 words.

This 9th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE