IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID CLARK, *et al.*,

    Plaintiffs,

v.

DUKE UNIVERSITY, *et al.*,

    Defendants.

1:16-CV-1044

## ORDER

Upon consideration of the parties' Joint Motion for Extension of Deadline to File Motion for Preliminary Approval of Settlement, and there being good cause shown, it is hereby **ORDERED** that the motion, Doc. 147, is **GRANTED**. The motion for preliminary approval of settlement is due on January 16, 2019.

**IT IS SO ORDERED** this the 2nd day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE